# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| William Fridge, | Civil No. 05-2882 (RHK/JJG) |
| Plaintiff, | **ORDER** |
| vs. | |
| Prudential Insurance Company of America, a New Jersey corporation, d/b/a Prudential Financial, Cushman and Wakefield, a New York corporation, | |
| Defendants. | |

---

Pursuant to the Stipulation of Dismissal (Doc. No. 44) filed in the above-captioned matter, **IT IS ORDERED** that this action be **DISMISSED WITH PREJUDICE**, without fees or costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 8, 2007

                                                         s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge